In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00289-CV


 _____________________



WYTHE II CORPORATION, Appellant



V.



JOHN D. STONE, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. B-179,073-A






MEMORANDUM OPINION


 Wythe II Corporation seeks to appeal two orders: (1) the order of April 1, 2009, in
which the administrative judge denied Wythe's motion to recuse; and (2) the order of July
10, 2009, in which the trial court granted John D. Stone's motion for partial summary
judgment and denied Wythe's motion for summary judgment. Stone filed a motion to
dismiss the appeal for lack or jurisdiction and a motion for sanctions. Wythe filed a response
and motion for accelerated appeal, and amended its notice of appeal. 

 The case is set for trial on August 10, 2009. No order disbursing the funds in the 
registry of the court has been signed. We conclude this Court lacks jurisdiction at this time. 
The appeal is therefore dismissed. Tex. R. App. P. 43.2(f). Stone's motion for sanctions is
denied for lack of merit. See Tex. R. App. P. 45. Wythe's motion for stay is denied as moot. 
 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 4, 2009

Before Gaultney, Kreger, and Horton, JJ.